# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD PETTIS, | : |
| Plaintiff | : |
| | : No. 1:15-CV-02444 |
| vs. | : |
| | : (Judge Rambo) |
| DAUPHIN COUNTY PROBATION OFFICER JASON SNYDER, et al., | : |
| Defendants | : |

## ORDER

**AND NOW**, **THIS** 25th day of August, 2017, upon consideration of Defendants' motion to dismiss (Doc. No. 26), brief in support and reply brief (Doc. Nos. 30, 35) and Plaintiff's brief in opposition and sur reply brief (Doc. Nos. 33, 36), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT:**

1. Defendants' motion to dismiss (Doc. No. 26), is **GRANTED**.
2. The Clerk of Court is directed to **CLOSE** this case.

                                               s/Sylvia H. Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge